1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDUL-KHALIF CALHOUN,

     v.

STATE OF WASHINGTON,

     Respondent.

Case No. C09-5211RJB-JRC

ORDER GRANTING
APPLICATION TO
PROCEED *IN FORMA
PAUPERIS*

     The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C.

§ 2241. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

§§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.

Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

     The Clerk is directed to mail a copy of this Order to petitioner.

     Dated this 18th day of May 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1