UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDUL-KHALIF CALHOUN,

               Petitioner,

       v.

DOUG WADDINGTON,

               Respondent.

CASE NO.  C09-5211RJB/JRC

MINUTE ORDER

     The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On June 24, 2009, U.S. Magistrate Judge J. Richard Creatura issued an Order Directing Service and Return § 2254 Petition.  Dkt. 12.  On June 30, 2009, the Order Directing Service and Return § 2254 Petition was returned to the court as undeliverable by the post office.  Dkt. 16.  Local Fed. R. Civ. P. 41 (b)(2) provides that all parties proceeding pro se shall keep the court and opposing parties advised as to his current address.  If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff has failed to notify the court and opposing parties within sixty days of his current address, the court may dismiss the action for failure to prosecute.  *Id.*  Pursuant to Local Fed. R. Civ. P. 41 (b)(2), this matter shall be reviewed by the Court on **SEPTEMBER 4, 2009** to ensure that Petitioner has advised court and opposing parties of his current address.

     DATED this 1st  day of July 2009.

     The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER