AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDUL-KHALIF CALHOUN | JUDGMENT IN A CIVIL CASE |
| v. | |
| DOUG WADDINGTON | CASE NUMBER: C09-5211RJB/JRC |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation (Dkt. 24);

Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. 11) is DENIED; and

A Certificate of Appealability in this matter is DENIED.

| | |
|---|---|
| November 19, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |